# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**           Case No. 1:19-MJ-0024-112

v.           Hon. Phillip Green
         U.S. District Court Magistrate Judge

**MUSE A. MUSE**
**MOHAMED S. HAJI**
**MOHAMUD A. MUSE,**
        **Defendants.**

_____

CERTIFICATE OF MOTION CONCURRENCE

Pursuant to Local Criminal Rule 12.4, I have consulted with AUSA Clay West who states the Government is ready to proceed with the continued detention hearing but will leave to the Court's discretion Counsels' Motion to Adjourn Continued Detention Hearing. Counsel has consulted with co-counsel, Attorney Chartier and Attorney Turek and they join in the Motion to Adjourn the Continued Detention Hearing

Dated:  January 28, 2019          /s/*Richard E. Zambon* P31927
         Richard E. Zambon, PLLC
         Attorney for Defendant
         202 Waters Bldg.
         161 Ottawa Ave., NW
         Grand Rapids, MI 49503
         (616)456-7831
         rick@zambonlaw.com