UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**CRIMINAL CASE:   MINUTE SHEET**

Case No.      1:19:CR:25
Date:         February 28, 2019
Time:         10:00 - 10:50 AM
Place:        Grand Rapids, Michigan
Judge:        Hon. Gordon J. Quist

*UNITED STATES OF AMERICA*
*v.*
*MUSE A. MUSE, MOHAMED S. HAJI, MOHAMUD A. MUSE*

COUNSEL:   Government:   Clay M. West; Christopher M. O'Connor

Defendant Muse A. Muse:   James Stevenson Fisher (appointed)
                          Sharon A. Turek [by telephone] (appointed)

Defendant Mohamed S. Haji:   Mary Chartier-Mittendorf (appointed)

Defendant Mohamud A. Muse:   Richard E. Zambon (appointed)

**NATURE OF PROCEEDINGS:**

Hearing on Defendants' Joint Motion to Determine Counsel

Attorney James K. Champion appeared per Court Order (ECF No. 41)

Order to issue

Court Reporter:  Annette Blough                    Courtroom Clerk: J. Tepper