UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 1:19:CR:25

MUSE ABDIKADIR MUSE,          HON. GORDON J. QUIST
MOHAMED SALAT HAJI, and
MOHAMUD ABDIKADIR MUSE,

    Defendants.
_____/

## ORDER SETTING FORTH DIRECTIVES FROM MOTION HEARING

In accordance with the Court's directives at today's motion hearing,

- Attorney James K. Champion shall file his appearance in this case;

- Within seven (7) days, defense counsel of record and Mr. Champion shall confer to discuss representation of defendants.

- Defense counsel of record and Mr. Champion shall file their respective positions regarding representation on or before **March 7, 2019**.

Although the Court indicated that another hearing on the issue of triple or duo representation would not occur, on second thought, such a hearing may occur upon written notice from the Court.

**IT IS SO ORDERED**.


Dated: February 28, 2019                                /s/ Gordon J. Quist
                                                        GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE