AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____

United States of America Plaintiff (s),
v.
Mohamud Muse Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cr-0025-GJQ

Notice is hereby given that, subject to approval by the court, __Mohamud Muse__ substitutes
(Party (s) Name)

__James K. Champion__, State Bar No. __P59188__ as counsel of record in
(Name of New Attorney)

place of __Richard E. Zambon__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name:      Law offices of James K. Champion
 Address:        312 E. Fulton Grand Rapids, MI 49503
 Telephone:      616-233-3287      Facsimile  616-233-4757
 E-Mail (Optional): jim@championlawoffice.com

I consent to the above substitution.
Date: 2/12/19

X __Mohamud Muse__
(Signature of Party (s))

I consent to being substituted.
Date: 4·10·2019

__Richard E. Zambon__
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-4-19

__Jim K. C.__
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]