UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

          **Plaintiff,**          Case No. 1:19-CR-0025

v.          Hon. Gordon J. Quist
          U.S. District Court Judge

**MOHAMUD A. MUSE,**

          **Defendant.**

---

Mohamud A. Muse, by and through his attorney, James K. Champion, of the firm Law Offices of James K. Champion, PLLC, hereby files this notice in accordance with the Court's Scheduling Order. Notice is hereby given by Mohamud A. Muse to the government and to the Court that he intends to argue the defense of Entrapment.

Dated:  July 15, 2019          */s/James K. Champion*
          Law Offices of James K. Champion, PLLC
          312 E. Fulton
          Grand Rapids, MI 49503
          (616) 233-3287
          jim@championlawoffice.com