UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MUSE ABDIKADIR MUSE,
    a/k/a ALI ALMUHAJIR,
MOHAMED SALAT HAJI,
    a/k/a SALAMUJAHID ALMUHAJIR, and
MOHAMUD ABDIKADIR MUSE,
    a/k/a ABU OSAMA ALMUHAJIR,

        Defendants.
_____/

Case No. 1:19-CR-025

Hon. Gordon J. Quist
U.S. District Judge

## NOTICE OF FILING

The United States of America, by and through its undersigned counsel, hereby provides notice of the filing of Government's Classified *In Camera*, *Ex Parte* Memorandum Of Law And Motion For A Protective Order Pursuant To Section 4 Of The Classified Information Procedures Act And Rule 16(d)(1) Of The Federal Rules Of Criminal Procedure.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: November 6, 2019

  */s/ Clay M. West*
CLAY M. WEST
CHRISTOPHER M. O'CONNOR
Assistant United States Attorneys

United States Attorney's Office
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404
clay.m.west@usdoj.gov
christopher.oconnor@usdoj.gov