UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

## CRIMINAL CASE:   MINUTE SHEET

Case No.      1:19:CR:25
Date:         December 10, 2019
Time:         2:00 - 2:25 PM
Place:        Grand Rapids, Michigan
Judge:        Hon. Gordon J. Quist

*UNITED STATES OF AMERICA*
*v.*
*MUSE A. MUSE, MOHAMED S. HAJI, MOHAMUD A. MUSE*

COUNSEL:    Government:   Clay M. West

Defendant Muse A. Muse:        Sanford Schulman (retained)

Defendant Mohamed S. Haji:     Mary Chartier-Mittendorf (appointed)

Defendant Mohamud A. Muse:     James K. Champion (retained)

**NATURE OF PROCEEDINGS:**

Status Conference.

Court Recorder:  J. Lenon                                    Courtroom Clerk: J. Tepper