UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

## CHAMBERS MINUTE SHEET

Case No.      1:19:CR:25
Date:         December 19, 2019
Time:         9:00 - 10:00 AM
Place:        Grand Rapids, Michigan
Judge:        Hon. Gordon J. Quist

# *UNITED STATES OF AMERICA*
# *v.*
# *MUSE A. MUSE, MOHAMED S. HAJI, MOHAMUD A. MUSE*

COUNSEL:    Government:   Clay M. West

**NATURE OF PROCEEDINGS:**

Section 4 CIPA Hearing.

Clerk:  J. Shapiro