UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUSE ABDIKADIR MUSE, et al.,

    Defendants.
_____/

Case No. 1:19-CR-25

HON. GORDON J. QUIST

## ORDER ADJOURNING SENTENCINGS

Defendants, Muse Abdikadir Muse and Mohamud Abdikadir Muse, are set to be sentenced on September 30, 2020. Muse Muse has filed a motion to adjourn the sentencing.[1] (ECF No. 189.) In this motion, Muse Muse states that "[t]he Government is aware of this motion and not only does not object to an adjournment but would join in the request." The Court has also received an email requesting an adjournment from the defense counsel of Mohamud Muse.

Having reviewed Muse Muse's motion and taking into account that the government and Mohamud Muse also request an adjournment:

**IT IS HEREBY ORDERED** that the September 30, 2020, sentencings of Muse Muse and Mohamud Muse are **ADJOURNED WITHOUT DATE**.

Dated: September 4, 2020

                                                      /s/ Gordon J. Quist
                                                        GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE

---

[1] Muse Muse filed this motion under restricted access, with access limited to Muse Muse and the government.