# United States v. Mohamud Muse
## 1:19-CR-25-3

# Sentencing Exhibit 1

Facebook Business Record                                    Page 1

| | | |
|---|---|---|
| **Service** | Facebook | |
| **Target** | 100004917133659 | |
| **Generated** | 2017-09-25 15:13:52 UTC | |
| **Date Range** | 2012-12-29 00:00:00 UTC to 2017-09-13 23:59:59 UTC | |
| **NCMEC Cybertips** | | |

| | | |
|---|---|---|
| **Name** | **First** | Mohamud |
| | **Middle** | A |
| | **Last** | Musa |

| | |
|---|---|
| **Registered Email Addresses** | mohamudmusa18@yahoo.com |

| | |
|---|---|
| **Vanity Name** | mohamudmusa100 |

| | |
|---|---|
| **Registration Date** | 2012-12-29 23:37:35 UTC |

| | |
|---|---|
| **Registration Ip** | 98.179.4.147 |

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | false |
| | **Time** | 2017-07-03 15:03:05 UTC |
| | **Reason** | disabled |

| | | |
|---|---|---|
| **Address** | **Street** | |
| | **City** | |
| | **State** | |
| | **Zip** | |
| | **Country** | |

| | |
|---|---|
| **Current City** | Lansing, Michigan (106102649421844) |

| | | |
|---|---|---|
| **Phone Numbers** | +15179180138 Cell Verified | |
| | +14025153802 Cell Unverified | |

| | |
|---|---|
| **Credit Cards** | |

| | |
|---|---|
| **PayPal Accounts** | |

| | | |
|---|---|---|
| **Ip Addresses** | **IP Address** | 2607:fb90:8835:f939:bc00:9f6b:2b7d:3e5c |
| | **Time** | 2017-07-02 15:27:57 UTC |



**Mobile**
false



**Photo Id:** 548079092032657

**Posted** 2016-04-01 17:39:32 UTC
**Status** And the Horn will be blown, and whoever is in the heavens and whoever is on the
earth will fall dead except whom Allah wills. Then it will be blown again, and at once
they will be standing, looking on.  {Qur'ān 39:68}
**Mobile** false

**Posted** 2016-04-01 17:35:19 UTC
**Status**
**Mobile** false

**Posted** 2016-04-01 17:29:45 UTC

2

that those who revived this duty will get belittled by those who do nothing for this Dīn, rest assured that this monumental event will distinguish the believers from the hypocrites." — Imam Anwār al-Awlaki ((رحمه الله)

**Mobile** false
**Comments**
    **User** Yekini Taoheed (100005725896250)
    **Text** Learn how to live with others what u people are lookin for wil always cause violence.
    **Time** 2016-04-25 12:16:36 UTC

**Posted** 2016-04-24 16:38:53 UTC
**Status** IN SHAA ALLAH
**Mobile** false



**Photo Id:** 556408064533093

**Posted** 2016-04-24 05:00:21 UTC
**Status** Reliance upon Allah during adversities is the greatest means of assistance in coping with them. The greatest words of reliance are: { " حَسْبُنَا اللهُ وَنِعْمَ الْوَكِيلُ } "Sufficient for us is Allah, and He is the best Disposer of affairs." [Āl ʿImrān 3:173] التوكل على ا في الشدائد أعظم معين عليها، وأعظم ألفاظ التوكل (حسبنا ا  ونعم الوكي—Al Aziz Abdul Shaikh-Tarefe
**Mobile** false

**Posted** 2016-04-23 15:26:00 UTC
**Status**
**Mobile** false



**Photo Id:**
    583079811865918

**Posted** 2016-06-29 08:06:20 UTC
**Status**
**Mobile** false



**Photo Id:** 583078785199354

**Posted** 2016-06-28 17:39:59 UTC
**Status** And We inspired to Moses and his brother, "Settle your people in Egypt in houses and
make your houses [facing the] qiblah and establish prayer and give good tidings to
the believers."  And Moses said, "Our Lord, indeed You have given Pharaoh and his
establishment splendor and wealth in the worldly life, our Lord, that they may lead
[men] astray from Your way. Our Lord, obliterate their wealth and harden their hearts
so that they will not believe until they see the painful punishment."  {Surat Yūnus
10:87-88}
**Mobile** false

**Posted** 2016-06-28 17:38:52 UTC
**Status**
**Mobile** false

**Posted** 2016-06-28 10:13:31 UTC
**Status** That is from what your Lord has revealed to you, [O Muhammad], of wisdom. And, [O

**Photo Id:**
585496938290872

**Posted** 2016-07-05 04:20:06 UTC
**Status** And for those who disbelieve in their Lord (Allah) is the torment of Hell, and worst indeed is that destination.  When they are cast therein, they will hear the (terrible) drawing in of its breath as it blazes forth.  {Surat Al-Mulk 67;6-7}
**Mobile** false

**Posted** 2016-07-05 03:20:01 UTC
**Status**
**Mobile** false



**Photo Id:** 585471601626739

**Posted** 2016-07-04 21:13:33 UTC
**Status** The Key to Paradise [The 7 Conditions of Shahada]  1.  Knowledge (Al-Ilm)  "So know that Laa ilaaha ill-Allah (none has the right to be worshipped but Allah)…"(Muhammad, 47:19)  This verse is a decisive request to have knowledge about Allah (swt). One can not believe in Allah if he does not know what he/she should believe in. We are obliged to study, learn and know about Allah (swt); His names and attributes, how he has described himself with in the Holy Quran/Hadith, what he commands of us/forbids  2. Certainty (Al-Yaqeen)  Knowledge is not enough, as many kufaar(disbelievers) know about Allah. But what is also needed is to have certainty without any doubts or conjecture. Any kind of doubt will lead to Kufr (disbelief). We must, in our hearts, be absolutely certain of the truth of the shahadah. As Allah says: "Only those are the believers who have believed in Allah and His Messenger, and afterward doubt not but strive with their wealth and their lives for the cause of Allah…" (Hujaraat, 49:15)  The Messenger Muhammad (saw) also said: "Whoever testifies that there is no god worthy of worship and obedience but Allah and that I am the Messenger of Allah, without any doubt he will enter Jannah." (Saheeh Muslim)

**Status**

**Mobile** false

**Posted** 2016-08-07 14:55:21 UTC
**Status** `Umar bin Al-Khattab (May Allah be pleased with him) reported:   The Prophet (PBUH) said, "Verily, Allah elevates some people with this Qur'an and abases others.'' [Muslim].
**Mobile** false

**Posted** 2016-08-07 14:38:17 UTC
**Status**
**Mobile** false

**Posted** 2016-08-07 04:02:09 UTC
**Status** So leave Me, [O Muhammad], with [the matter of] whoever denies the Qur'an. We will progressively lead them [to punishment] from where they do not know.  And I will give them time. Indeed, My plan is firm.  {Surat Al-Qalam 68:44-45}
**Mobile** false

**Posted** 2016-08-07 03:53:08 UTC
**Status**
**Mobile** false



**Photo Id:** 599602900213609

**Posted** 2016-08-07 03:50:07 UTC
**Status**
**Mobile** false

# United States v. Mohamud Muse
# 1:19-CR-25-3

# Sentencing Exhibit 2

**Duration**

0

**Author** Muse Muse (100005073430379)
**Sent** 2016-11-08 01:06:00 UTC
**Body** Bro where u at

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-08 01:06:38 UTC
**Call Record**          **Type**  phone
**Missed**  false
**Duration** 10

**Author** Muse Muse (100005073430379)
**Sent** 2016-11-08 01:20:13 UTC
**Body** On my way down

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-15 13:39:49 UTC
**Body** Hey son

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-15 13:40:06 UTC
**Body** Wass up with Dawna

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-15 13:40:15 UTC
**Body** Dowla

**Author** Muse Muse (100005073430379)
**Sent** 2016-11-15 13:41:20 UTC
**Body** I dont know son non of the pro dowlah pages are showing anything
that can inform of anything new

**Author** Muse Muse (100005073430379)
**Sent** 2016-11-15 13:41:35 UTC
**Body** I dont trust google

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-15 13:41:43 UTC
**Body** Lol

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-15 13:41:58 UTC
**Body** They took me all down

**Author** Muse Muse (100005073430379)
**Sent** 2016-11-15 13:42:11 UTC
**Body** You

**Author** Mohamud A Musa (100004917133659)
**Sent** 2016-11-15 13:42:32 UTC
**Body** Would u mean

**Author** Muse Muse (100005073430379)
**Sent** 2016-11-15 13:43:07 UTC
**Body** Your facebook pages

**Author** Mohamud A Musa (100004917133659)



GOVERNMENT
EXHIBIT

Sent. Ex. 2

1:19-CR-00025-3-RJJ

Facebook Business Record                                Page 8781

**Sent**
        2016-11-15 13:43:36 UTC
**Body**  No I just deactivated

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 13:44:02 UTC
  **Body**  I'm say did the kuffar take the pages down

**Author**  Muse Muse (100005073430379)
  **Sent**  2016-11-15 13:45:10 UTC
  **Body**  Im not seeing them everytime i search for them

**Author**  Muse Muse (100005073430379)
  **Sent**  2016-11-15 13:45:26 UTC
  **Body**  But i have not forgetten the state

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 13:45:57 UTC
  **Body**  No I think u did

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 13:47:21 UTC
  **Body**  U barely even talk bout dowla no more akh

**Author**  Muse Muse (100005073430379)
  **Sent**  2016-11-15 13:48:03 UTC
  **Body**  Now now lets start that

**Author**  Muse Muse (100005073430379)
  **Sent**  2016-11-15 13:50:50 UTC
  **Body**  I personally never thought that there  come a day (these days) where u show so little concern about the state. And your asking me anything new on dawlah when i used to be the person asking you that question. I would reconsider that statement brother

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 15:08:09 UTC
  **Body**  Lol

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 15:08:12 UTC
  **Body**  Haha

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 15:08:24 UTC
  **Body**  Do u know Mariamo Musa

**Author**  Muse Muse (100005073430379)
  **Sent**  2016-11-15 15:09:39 UTC
  **Body**  I've probably seen her why

**Author**  Mohamud A Musa (100004917133659)
  **Sent**  2016-11-15 15:09:59 UTC
  **Body**  Do u have any classes with her

**Author**  Muse Muse (100005073430379)
  **Sent**  2016-11-15 15:10:26 UTC
  **Body**  No but she knows who i am

# United States v. Mohamud Muse
# 1:19-CR-25-3

# Sentencing Exhibit 3

**Author**   Mohamud A Musa (100004917133659)
**Sent**   2017-01-15 00:42:16 UTC
**Body**   We we not going in ur house

**Author**   Mohamud A Musa (100004917133659)
**Sent**   2017-01-15 00:42:23 UTC
**Body**   We just going to my car

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-01-15 00:42:33 UTC
**Body**   iight

**Author**   Mohamud A Musa (100004917133659)
**Sent**   2017-01-18 03:24:39 UTC
**Call Record**       **Type**   phone
**Missed**   false
**Duration**   22

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-01-19 23:34:59 UTC
**Body**   Dude I need more of Dawlatul Islam vedios

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-01-19 23:41:01 UTC
**Body**   People should be more fearful of the Rabul-Alameen punishment in
the hear after

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-01-19 23:42:34 UTC
**Body**   Dude I like how I.S how they burn those guys man it looked like
they are in Narrun-Dunniya but here after Saeerr worst punishment
bkus Allah can punish better then human He said he is murciful
and His the worst in punishment I love it man

**Author**   Mohamud A Musa (100004917133659)
**Sent**   2017-01-20 01:39:55 UTC
**IP**   207.179.118.18
**Body**
**Attachments**   sticker (369239263222822)
**Type**   image/png
**Size**   0
**URL**   https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.14
84876395098%3A6c15246700&uid=100004917
133659&accid=100004917133659&preview=0
&hash=AQBwlajjejOS0bzT-6_rEGAQ0Y_gL57Ya1
68P8fFRIwdiw



**Photo Id:**   369239263222822


GOVERNMENT
EXHIBIT

Sent. Ex. 3

1:19-CR-00025-3-RJJ

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:40:34 UTC
**Body** Kazalikal azaab walaazabul akhitee Akbar

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:40:47 UTC
**Body** Lowe Kanu yamaloon

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:41:04 UTC
**Body** iight

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:42:17 UTC
**Body** Haha he but that guy who was threaten he put put fuel on That dude while his burning that was funny dude

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:42:32 UTC
**Body**

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:42:47 UTC
**Body**

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:42:58 UTC
**Body** Dude I'm ready for Dawla

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:43:01 UTC
**Body** Those brother ate not playing man

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:43:37 UTC
**Body** How can I hate them I love them I found out those are the real man

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:45:13 UTC
**Body** Who Allah has discribed thrm in all books Allah is eith us Muslims who are harsh and hard to the Quffarr Murdtad Look at this in Surah 47 Mohamed

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:47:36 UTC
**Body**
**Attachments** image-1329610460434494 (1329610460434494)
　　　　　　　**Type** image/jpeg
　　　　　　　**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1329610460434494&mid=mid.1 484876856044%3Ab723881857&uid=10000491 7133659&accid=100004917133659&preview=0 &hash=AQB- sE7JOeQF0xlaEXtXsNFo_6q1edulbggfhfi4qm5qS g



Surat Al-Hujurat                                                    Juz' 26

 

Mufti Taqi Usmani

MuaHmmad is the messenger of Allah, and those who are with him are hard on the disbelievers, compassionate among themselves; you will see them bowing down in Rukū', prostrating themselves in Sajdah, seeking grace from Allah, and (His) good pleasure; their distinguishing feature is on their faces from the effect of Sajdah (prostration). This is their description in Torah; and their description in Injīl is: like a sown crop that brings forth its shoot, then makes it strong, then it grows thick and stands straight on its stem, looking good to the farmers, so that He may enrage the disbelievers ...ough them. Allah has promised forgivenes... a huge reward to those of them who beli...

**Photo Id:**

1329610460434494

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:47:53 UTC
**Body** The messenger the once with him are Hard again the the disbelievers no murcy dude

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:49:21 UTC
**Body** That's the discription from Allah showing me a sign nd others it's in all books Torah injeel and Quran soo

**Author** Mohamad A Musa (100004917133659)
**Sent** 2017-01-20 01:49:29 UTC
**Body** No mercy with kuffar

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:49:47 UTC
**Body** Mercy is for believers only

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:50:20 UTC
**Body** Somebody needs totell that kaffir murtadd yasir qadhi that

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:51:01 UTC
**Body** Haha man I'll put him in a Galotin

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:51:35 UTC
**Body** Cut his neeck of his a Khawarije murtad

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:53:01 UTC
**Body** In Shaa Allah when the khilafah takes over Yadira qdhi will be on gilotin

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-01-20 01:54:10 UTC
**Body** Man inshAllah be patient abu him watch one day inshAllah wallahi beithenillah

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 02:09:21 UTC
**Body** In shaa Allah

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 03:43:54 UTC
**Call Record** **Type**  phone
**Missed**  true
**Duration** 0

**Author** Mohamud A Musa (100004917133659)

United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 4

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-30 17:05:42 UTC
**Body**  What title

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-01-30 17:05:43 UTC
**Body**  Muhammad urrRasurullah walathina mahuu AshidaaOo alalkufarr..
Ruhamaa-bainahum.

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-30 17:06:04 UTC
**Body**  If u join Dawlah and fight jihad

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-30 17:06:08 UTC
**Body**  Lol

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-01-30 17:06:27 UTC
**Body**  InshAllah

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-30 17:06:31 UTC
**Body**  Right now u just at home eating and actin like Yadira washing

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-01-30 17:06:50 UTC
**Body**  Nd stop using that devilish word

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2016-11-19 13:37:16 UTC
**Body**
**Attachments**  audioclip-1479562634994-1444.aac (1259376077457933)
**Type**  audio/aac
**Size**  4084
**URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1259376077457933&mid=mid.1
479562636629%3A0a1381bc02&uid=10000491
7133659&accid=100004917133659&preview=0
&hash=AQCl2xoefYUwlLvjMpgjbB9_vkXR1ewg7
wx_ob1SsHYUGg

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2016-11-19 13:41:33 UTC
**Body**  U already told me that dude

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2016-11-19 13:41:46 UTC
**Body**  This morning???

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2016-11-19 13:42:09 UTC
**Body**  I know but I want it when you go on your break please??

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2016-11-19 13:42:21 UTC
**Body**  If I can



GOVERNMENT
EXHIBIT

Sent. Ex. 4

1:19-CR-00025-3-RJJ

United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 5

**Author**  Mohamad A Musa (100004917133659)
**Sent**  2017-02-10 02:13:30 UTC
**Body**  Not much man

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-02-10 02:16:51 UTC
**Body**  Asalamu Alykum

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-10 02:20:37 UTC
**Body**  I'm Gud brother

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-10 02:20:50 UTC
**Body**  Walaykum salam

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-10 02:21:13 UTC
**Body**  Anything new on dawlah

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-02-10 02:23:04 UTC
**Body**  I hear new vedios

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-02-10 02:23:19 UTC
**Body**  Are coming

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-10 02:24:08 UTC
**Body**  From where

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-10 02:24:28 UTC
**Body**  How u know new videos r coming

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-10 18:34:46 UTC
**Body**  Hey can u send the adress

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-02-10 18:42:16 UTC
**Recipients**  Ibrahim Mohamed Salat (100001566575469)
Mohamud A Musa (100004917133659)
**Call Record**  **Type**  phone
**Missed**  true
**Duration**  0

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-11 03:40:11 UTC
**Body**  Dude where are u at

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-11 03:41:22 UTC
**Body**  I'm at ur moms house

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2017-02-11 03:43:53 UTC



GOVERNMENT
EXHIBIT

Sent. Ex. 5

1:19-CR-00025-3-RJJ

**Body**
  Dude where did u go

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-11 03:43:58 UTC
**Body** I'm comming

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-11 03:44:17 UTC
**Body** Haha

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-11 03:44:40 UTC
**Body** Dude taking for ever man

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-11 03:45:14 UTC
**Body** R u sure ur not having twins

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-12 01:06:02 UTC
**Body** Hahahhe

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-12 01:06:12 UTC
**Body** Asalamu Alykum

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-12 01:06:36 UTC
**Body** Any news with Dowla

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-12 01:06:47 UTC
**Body** Bring me new videos man

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-12 01:06:52 UTC
**Body** Foreal

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-12 04:14:55 UTC
**IP** 172.56.10.61
**Body**
**Attachments** image-698786130295285 (698786130295285)
                      **Type** image/jpeg
                      **URL** https://attachment.fbsbx.com/messaging_attach
                              ment.php?aid=698786130295285&mid=mid.14
                              86872895614%3A5bc7f4ce03&uid=100004917
                              133659&accid=100004917133659&preview=0
                              &hash=AQA5Fep-
                              ENJIidV9LSuPiQzz9Gy2n2vpyiuVsEDfWR5ibg

United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 6

**Body**
   And his evil heart

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:44:43 UTC
  **Body** Messing around with them nuns then

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:44:46 UTC
  **Body** Yeahh only Saudi America accept the kuffarr

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:44:53 UTC
  **Body** Pretending like his praying

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:44:53 UTC
  **Body**

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:45:03 UTC
  **Body** Hell yeah

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:45:07 UTC
  **Body**

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:45:38 UTC
  **Body** Not Dowla

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:45:39 UTC
  **Body** These kuffar and munafeequn man

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:45:43 UTC
  **Body** Hell no

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:46:02 UTC
  **Body** They'll put that Nigga on the golotin

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:46:12 UTC
  **Body** He will be the Qurbaneey for Dowla

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:46:20 UTC
  **Body**

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-02-21 00:46:21 UTC
  **Body** Hahaha

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2017-02-21 00:46:32 UTC
  **Body** The big Cow for Dowla


GOVERNMENT
EXHIBIT

Sent. Ex. 6

1:19-CR-00025-3-RJJ

**Author**
    Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-21 00:46:37 UTC
**Body**

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-21 00:47:00 UTC
**Body** I think they might drown him if they catch him

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-21 01:45:37 UTC
**Body** I think they slaughter his ass

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-21 01:47:02 UTC
**Body** Yeahh they going love him as a big Cow ass Gurbaneey

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-21 03:24:20 UTC
**Body** Was up

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-21 19:34:38 UTC
**Body** Ass salamu alaykum

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-21 22:09:15 UTC
**Body** Walaykum Salam bro was going onn

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-23 00:37:51 UTC
**Body** Mgosi are u home

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-23 00:38:18 UTC
**Body** Noo

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-23 00:38:28 UTC
**Body** I'm at the becon

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-23 00:39:42 UTC
**Body** Okay

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-23 00:39:52 UTC
**Body** Com here

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-23 00:40:11 UTC
**Body** I'm hungry man I'm going home to eat

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-02-23 00:40:20 UTC
**Body** Okay

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-03-01 21:55:34 UTC

United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 7

**Body**
    Walyatalataff

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 13:59:33 UTC
   **Body** Middle

**Author** Mohamud A Musa (100004917133659)
   **Sent** 2017-06-15 14:00:59 UTC
   **Body** That's wassup

**Author** Mohamud A Musa (100004917133659)
   **Sent** 2017-06-15 14:01:18 UTC
   **Body** What Surah we on bro

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 14:01:20 UTC
   **Body** Yeagh I gotta run more

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 14:01:31 UTC
   **Body** Khaf

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 14:02:03 UTC
   **Body** #18V50

**Author** Mohamud A Musa (100004917133659)
   **Sent** 2017-06-15 16:03:43 UTC
   **Body** Alhamdulillah

**Author** Mohamud A Musa (100004917133659)
   **Sent** 2017-06-15 16:03:53 UTC
   **Body** That's wassup bro

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 16:04:09 UTC
   **Body** Yeahh was up with Dowla

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 16:04:24 UTC
   **Body** Dowlatul Islam

**Author** Mohamud A Musa (100004917133659)
   **Sent** 2017-06-15 16:05:30 UTC
   **Body** I know anything new bro

**Author** Mohamud A Musa (100004917133659)
   **Sent** 2017-06-15 16:05:44 UTC
   **Body** But Ima speak other a mujahid soon

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 16:07:17 UTC
   **Body** Alright InshAllah I pray Allah gives the Mujahideen the victory
          InshAllah always victory ya Allah and we are next to step up on the
          battle filed InshAllah bethenillahi taala

**Author** Ibrahim Mohamed Salat (100001566575469)
   **Sent** 2017-06-15 16:07:48 UTC



GOVERNMENT
EXHIBIT

**Sent. Ex. 7**

1:19-CR-00025-3-RJJ

# United States v. Mohamud Muse
## 1:19-CR-25-3

# Sentencing Exhibit 8

Facebook Business Record                          Page 10113

**Author** Mohamud A Musa (100004917659)
**Sent** 2017-06-14 16:34:07 UTC
**Body** Where akhi

**Author**
**Sent** 2017-06-14 16:34:30 UTC
**Body** this nut job went and starting shooting some republicans i think

**Author**
**Sent** 2017-06-14 16:34:34 UTC
**Body** not sure where though

**Author** Mohamud A Musa (100004917659)
**Sent** 2017-06-14 16:34:50 UTC
**Body** Alhamdulillah

**Author** Mohamud A Musa (100004917659)
**Sent** 2017-06-14 16:35:06 UTC
**Body** What country akhi

**Author** Mohamud A Musa (100004917659)
**Sent** 2017-06-14 16:35:12 UTC
**Body** USA

**Author**
**Sent** 2017-06-14 16:35:28 UTC
**Body** yes

**Author**
**Sent** 2017-06-14 16:50:30 UTC
**Body** i think ALLAH 3azza wajalll will destroy it slowly for what they did to the Muslims in sham and Iraq.

**Author** Mohamud A Musa (100004917659)
**Sent** 2017-06-14 17:36:10 UTC
**Body** In shaa Allah wabiznillah

**Author**
**Sent** 2017-06-14 17:42:07 UTC
**Body** amen

**Author**
**Sent** 2017-06-19 18:00:28 UTC
**Body** asslamu alaykom how is your ramadan akhi

**Author** Mohamud A Musa (100004917659)
**Sent** 2017-06-19 18:02:42 UTC
**Body** Alhamdulillah akhi how's urs

**Author**
**Sent** 2017-06-19 18:03:53 UTC
**Body** alhamdulellah akhi

**Author**
**Sent** 2017-06-19 18:10:05 UTC
**Body** so when are you going akhi to dawlah, I'm thinking before the end of this year but I have to do a few things and prepare first I made a few calls and Insha'allah it will happen insh'allah they will make it


GOVERNMENT
EXHIBIT
Sent. Ex. 8
1:19-CR-00025-3-RJJ

happen as marriage first

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 18:27:08 UTC
**Body** Bro im still trying but if u can help me that would even better

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 18:28:09 UTC
**Body** I have a brother of mine trying help me but i need all the help i can
get

**Author**
**Sent** 2017-06-19 18:45:49 UTC
**Body** Insha'allah akhi I will help you

**Author**
**Sent** 2017-06-19 18:46:16 UTC
**Body** but the calls are very private ande I have to wait for the call i can't
predict the exact time thy call me i stayed up all night yesterday
waiting for tzkiah

**Author**
**Sent** 2017-06-19 18:46:47 UTC
**Body** but insh'allah they call tonight and I get tazkiah, and I can bring up
that I have another akh with me but they have to do tazkiah for
you

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 18:50:48 UTC
**Body** What's tazkiah akhi

**Author**
**Sent** 2017-06-19 19:29:37 UTC
**Body** tazkia is i have to sygood things about you and say I trust you

**Author**
**Sent** 2017-06-19 19:29:49 UTC
**Body** give them my word that I trust you insha'llah

**Author**
**Sent** 2017-06-19 19:34:08 UTC
**Body** they have a few questions before they give tazxkiah main thing is
you have to know your deen akhi. I will wait for the call today and
let you know the questions and you can fill it in. but from what i
know they're about deen and they want to make sure you are a
real muslim and you make your slat and you don't miss it. and I
think they also want to know how you an benefit the dawlah like
for example what you want to work in dawlah? what skills and
such. before they give tazkiah

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 20:25:16 UTC
**Body** What if i just want to live there akhi

**Author**
**Sent** 2017-06-19 20:28:58 UTC
**Body** yes akhi you can live there but you have to have tazkia so you are
protected

**Author**
**Sent** 2017-06-19 20:29:27 UTC
**Body** so no one will try to hurt you and you have a job and maybe inshallah a a place to stay with ikhwa

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 20:30:25 UTC
**Body** Okay

**Author**
**Sent** 2017-06-19 20:30:38 UTC
**Body** and then they find you work insh'allah you can be a mujahid or you can be a cook or you can do computer work insha'allah everything is one step at a time

**Author**
**Sent** 2017-06-19 20:31:32 UTC
**Body** i'm a truck driver and I know I can help my Mujahideen brothers who don't speak the language I can translate for them insha'allah

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 20:34:18 UTC
**Body** I speak kizigiua so maybe I can be a transilater

**Author**
**Sent** 2017-06-19 20:35:00 UTC
**Body** insha'allah yes that's what I mean sell yourself akhi so you can be of use to the Ummah insha'allah

**Author**
**Sent** 2017-06-19 20:35:38 UTC
**Body** I will stay up all night today insha'allah I will get the call today for the tazkia and I will mention I have an akh who speaks kizigiua who wants to come

**Author**
**Sent** 2017-06-19 20:36:00 UTC
**Body** khi don't mention this to anyone at all akhi please we don't want problems jazaka khayran

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 20:36:28 UTC
**Body** Bro this is between u n me

**Author**
**Sent** 2017-06-19 20:36:35 UTC
**Body** jazaka khayran

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 20:36:35 UTC
**Body** No one else

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-06-19 20:36:55 UTC
**Body** Wallahu ala manaqullu wakeel

**Author**
**Sent** 2017-06-19 20:37:04 UTC

# United States v. Mohamud Muse
# 1:19-CR-25-3

# Sentencing Exhibit 9

MUSE: [UI] People who understand what I'm saying. You know we can understand each other, you know.

OCE: Yeah, like . . . But his English is not perfect, it's like mine. You know, but-but we can, we can get along.

MUSE: Okay.

OCE: We can understand each other. So--

MUSE: Yeah.

OCE: --he's-he's actually Turkish; the person, the third person so--

MUSE: Okay, okay, understood.

OCE: --he's not gonna be, uh . . . I mean the-the money he saved for his travel ticket is not gonna be as much as you because he lives in there, uh close, close, close, close to that area.

MUSE: [OV] Okay because he [UI] and all that. He's good, you know. Yeah, he can speak their language and all that.

OCE: [OV] Yeah, yeah he's good, yes. Uh, so--

MUSE: Okay.

OCE: --tell me about yourself now, I mean I-I really want to tell you that *faith* and, uh, you know, the five pillars of Islam.

MUSE: Yeah, yeah, I'm still-I'm still trying to read the Qur'an, you know. Do a little myself you know trying to read the Qur'an, you know, memorize most *chapters* you know. Learn, you know, that's what I'm trying to do, you know. I'm trying to you know pray my prayers on time, you know, that's what I'm trying to do. Yeah.

OCE: M-hum, and, uh, how about the, how about the training? Have you . . . *I mean* I know since we talked last time have you gotten any training on weapon usage-use or what do you call--

MUSE: Training, training, what training?

OCE: Training, training.

MUSE: For what?

OCE: Weapons.

MUSE: Well, I was, I was planning on buying like a handgun.



GOVERNMENT
EXHIBIT

Sent. Ex. 9

1:19-CR-00025-3-RJJ

OCE: Yep.

MUSE: And I was gonna go to the, I was gonna go to the . . . What you call it?  To the, to the target, you know, but I didn't get a chance to-to do any of that, yes.

OCE: Okay-okay, but you don't have, you don't have a handgun right now?

MUSE: No, right now, no. I'm planning on buying one but I don't have one right now at the moment.

OCE: Okay, and it's because of money? Like it's expensive?

MUSE: It's because of . . . Yeah, yeah it's expensive. And because I'm . . . I also pay bills, you know, if I don't pay the bills I get kicked out the house and I have to go to a new place to stay. So as soon as I get my own place. I stay in my own place now, and move, you know, to my parents' house.

OCE: Okay, okay so you think you're gonna get the handgun because I-I-I, I would like if you can get some practice.

MUSE: The-the thing is the thing is, uh, you talking' about practice or like buying? Because once I do buy it it's like I can't, I can't go to the airport with it anyway.  You know what I'm saying? it's just I'd have to leave it behind. You know what I'm saying?

OCE: M-hum.

MUSE: That's the thing, but yeah I am trying to get practice, I'm trying to get practice on my own.

OCE: Okay, okay so that's good. The training though, the training will happen in *Raqqa*, I mean you don't have to know any training it's just uh, uh . . .

MUSE: Yeah.

OCE: I thought you might have some training . . .

MUSE: No, I don't. I have no training at the moment, no.

OCE: Okay.

MUSE: So you said . . . ██████████ told to me that you were, uh, on a . . . What is it? Mission that he said? You were on a . . . What was it? Like uh, do you . . . like do you, do you, do you fight?

OCE: Uh, of course I do.

10

United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 10

MUSE: Yeah.

OCE: --*O brother*, I-I just wanna make sure. You know, is jihad something you want or you are--

MUSE: Yeah.

OCE: --or you are . . . Are you . . . You think you're still not sure about or do you think you just

[UI].

MUSE: [UI] it's something I want. But right now I just have a lot of things going on.

OCE: Okay.

MUSE: Like I'm-I'm-I'm getting married in June twenty-third so I don't know what's going to happen after that, you know.

OCE: Okay, so that you're gonna get married?  It's not just, uh, you're planning you are getting married it's not, it's not just--

MUSE: Oh no, I'm not, I'm not planning. I am getting married.

OCE: Oh!

MUSE: Yeah.

OCE: Okay, so . . .

MUSE: It's that . . . Yeah.

OCE: Is ▮▮▮▮▮ . . . ▮▮▮▮▮ really wants you to, to come join him, uh, so what do you want me to do? Like should, should I tell him that you . . . To wait for you till, till you get married and come back?  Come to join him or . . .

MUSE: Yeah, I think [UI], not unless he waits for me until I get married.

OCE: Okay, so how long, *I mean*, you think, how long do you think after you get married you can join?

MUSE: A few months after I get married.

OCE: You're getting married in June, you said?

MUSE: June. June twenty-third. *God willing, God willing.*

OCE: [OV] June twenty-third. *Your marriage is blessed, is blessed, as God willed. It is blessed.*

39



United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 11

**Author**

**Sent** 2018-12-12 14:23:25 UTC
**Body** no with baby and wife

**Author**

**Sent** 2018-12-12 14:23:18 UTC
**Body** How come you decide to get married and you wanted to make hijra? since now it's much harder on you Akhi

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:22:09 UTC
**Body** That's the only thing stopping me from making Hijra and coming there right now

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:21:33 UTC
**Body** In June

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:21:30 UTC
**Body** I got married last summer

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:21:06 UTC
**Body** Haha yes akhi

**Author**

**Sent** 2018-12-12 14:20:51 UTC
**Body** Masha'ALLAh you are new at this Zawaj thing Ha?

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:20:25 UTC
**Body** Just a wife and baby coming in shaa Allah

**Author**

**Sent** 2018-12-12 14:20:07 UTC
**Body** Wallahi? How so ?

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:19:52 UTC
**Body** I was supporting dowla in my family before anyone did

**Author**

**Sent** 2018-12-12 14:19:50 UTC
**Body** When you say you have family do you mean wife and children? or parents?

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:19:31 UTC
**Body** Oh yes akhi ask Abu Ali al muhajir

**Author**

**Sent** 2018-12-12 14:19:06 UTC
**Body** Your Video of Amir Al Mu'mineen Shaykh Abu Bakr Al Baghdady show that you have a full understanding of Dawlah

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 14:19:03 UTC



GOVERNMENT
EXHIBIT

Sent. Ex. 11

1:19-CR-00025-3-RJJ

United States v. Mohamud Muse
1:19-CR-25-3

Sentencing Exhibit 12

**Photo Id:**

345095102939296

**Author**
**Sent** 2018-12-13 14:59:48 UTC
**Body** Said what Akhi?

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-13 14:36:57 UTC
**Body** I never said that akhi

**Author**
**Sent** 2018-12-12 21:41:56 UTC
**Body** What you mean? sorry I got a little busy akhi

**Author**
**Sent** 2018-12-12 21:34:59 UTC
**Body** how?

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 21:32:32 UTC
**Body** Brother I just want Islam to win I want to kill kuffar

**Author**
**Sent** 2018-12-12 17:11:40 UTC
**Body** I feel that deep in your heart you are burning for Jihad fe Sabeel ALLAH but your situation is holding you back

**Author**
**Sent** 2018-12-12 17:08:56 UTC
**Body** AlhMduleALLAH that ALLAH has blessed this Ummah with JunduALLAH in Dar Al Kufr

**Author**
**Sent** 2018-12-12 17:08:21 UTC
**Body** You may want to speak to him and see if you can help him and let me know if you are

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:08:20 UTC
**Body** As far as I know it's only us three akhi

**Author**
**Sent** 2018-12-12 17:07:53 UTC
**Body** He is going to wait but he is supporting the cause of the Dawlah in other ways which I can not discuss

**Author**
**Sent** 2018-12-12 17:07:36 UTC
**Body** Do you know of anyone else that support Dawlah maybe you and me can help get their Bayah and they can come with AKhi Ali Almuhajir

**Author** Abu Osama (100030298294628)

GOVERNMENT
EXHIBIT

Sent. Ex. 12

1:19-CR-00025-3-RJJ

Facebook Business Record                                        Page 110

**Sent** 2018-12-12 17:07:11 UTC
**Body** Is he making Hijra

**Author**
**Sent** 2018-12-12 17:06:53 UTC
**Body** and I did have long talk with him

**Author**
**Sent** 2018-12-12 17:06:47 UTC
**Body** He is a man of Haq and Azeemah

**Author**
**Sent** 2018-12-12 17:06:36 UTC
**Body** Yes I did

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:06:32 UTC
**Body** Did u get his bayah

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:06:21 UTC
**Body** His name is Mohamed

**Author**
**Sent** 2018-12-12 17:05:58 UTC
**Body** Yes I remember Akhi Al Muhajir mentioned that you are the one who convinced them the Dawlah was on Haq

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:05:42 UTC
**Body** I think he already gave bayah to u

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:05:27 UTC
**Body** Akhi it's brother Ali al muhajir and my cousin

**Author**
**Sent** 2018-12-12 17:04:50 UTC
**Body** are they willing to make Jihad or come to Hijra?

**Author**
**Sent** 2018-12-12 17:04:15 UTC
**Body** MashaALLAH

**Author**
**Sent** 2018-12-12 17:03:56 UTC
**Body** What can you do for Dawlah from dar al kufr where you can still be with your family until you are here with us

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:03:42 UTC
**Body** I only know to people here in Michigan who support Dawlah with me

**Author** Abu Osama (100030298294628)
**Sent** 2018-12-12 17:03:02 UTC
**Body** How do I do that

# United States v. Mohamud Muse
## 1:19-CR-25-3

# Sentencing Exhibit 13

**Body**
    Tabaraka Allah

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:27:42 UTC
**Body** His from Nigeria

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:27:29 UTC
**Body** His name is Abu khawlah and in shaa Allah he might give bayah soon

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:26:49 UTC
**Body** Who believes dowlah is on al Haqq

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:26:34 UTC
**Body** I just wanted to let you know ahead of time this time that I'm talking to another brother from facebook

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:26:03 UTC
**Body** I'm doing good akhi Alhamdulillah

**Author**
**Sent** 2019-01-10 01:19:37 UTC
**Body** Kayfa Alhal

**Author**
**Sent** 2019-01-10 01:19:32 UTC
**Body** Walaykom
Assalam akhi

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 00:38:50 UTC
**Body** Ass salamu alaykum akhi fillah

**Author**
**Sent** 2019-01-09 00:59:33 UTC
**Body** AlhamduleALLAH

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-09 00:55:57 UTC
**Body** Walaykumus salam warahmatullahi wabarakatuh yes akhi they spoke

**Author**
**Sent** 2019-01-09 00:48:31 UTC
**Body** Akhi did your wife reach out to the sister?

**Author**
**Sent** 2019-01-09 00:48:03 UTC
**Body** Assalamu Alaykom wa Rahmatu ALLAHi wa Barakatuh Akhi

**Author**
**Sent** 2019-01-08 03:54:37 UTC
**Body** TabarakaALLAH that's good news



GOVERNMENT
EXHIBIT
Sent. Ex. 13
1:19-CR-00025-3-RJJ

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-08 03:52:30 UTC
**Body** Allahuma ameen yes we talked and agreed to leave together

**Author**
**Sent** 2019-01-08 03:51:12 UTC
**Body** May Allah accept his good deed

**Author**
**Sent** 2019-01-08 03:50:59 UTC
**Body** Na3am his kunya is SalamMujahid

**Author**
**Sent** 2019-01-08 03:50:45 UTC
**Body** I'm I correct

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-08 03:50:44 UTC
**Body** That's my brother Inlaw

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-08 03:50:33 UTC
**Body** Oh okay

**Author**
**Sent** 2019-01-08 03:50:07 UTC
**Body** Akhi SalamMujahid I believe his real name is Mohamed Haji He helped AliaImuhajir with money too Akhi.he said he will InshaAllah make Hijra with you and him together

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-08 03:42:54 UTC
**Body** Who whose akhi salam

**Author**
**Sent** 2019-01-08 03:38:41 UTC
**Body** I told him too to tell you to be patient with the Mujahida sister

**Author**
**Sent** 2019-01-08 03:38:04 UTC
**Body** Akhi SalamMujahid said you and him will make Hijra together

**Author**
**Sent** 2019-01-08 03:36:21 UTC
**Body** I informed her husband earlier

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-08 03:35:55 UTC
**Body** No problem

**Author**
**Sent** 2019-01-08 03:35:21 UTC
**Body** Inshallah akhi be patient I think she is sleeping it's six thirty in the morning here inshaAllah she will

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-08 01:16:37 UTC
**Body** She's still waiting for her to reply to her message

# United States v. Mohamud Muse
# 1:19-CR-25-3

# Sentencing Exhibit 14

**Sent**

2019-01-10 01:37:29 UTC

**Body** I just met him today online but I'll keep talking to him till I'm sure he said but he knows a lot about dowlah

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:36:46 UTC
**Body** His not a munafiq akhi

**Author**
**Sent** 2019-01-10 01:34:03 UTC
**Body** Are you sure he is not munafiq?

**Author**
**Sent** 2019-01-10 01:33:52 UTC
**Body** How did you meet him

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:33:40 UTC
**Body** Or should he give bayah first

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:33:32 UTC
**Body** But akhi is it okay if I tell the brother to add u on the book

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:32:53 UTC
**Body** Allahuma ameen

**Author**
**Sent** 2019-01-10 01:31:09 UTC
**Body** May Allah give her hidayah

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:29:43 UTC
**Body** Allah will give me better

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:29:34 UTC
**Body** And I don't have time for that's

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:29:28 UTC
**Body** She keeps flip flopping on me

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:29:16 UTC
**Body** She's scared akhi

**Author** Abu Musab Al Muhajir (100031128768987)
**Sent** 2019-01-10 01:29:12 UTC
**Body** Akhi I might have to leave my wife behind

**Author**
**Sent** 2019-01-10 01:28:27 UTC
**Body** Akhi what happened with the sister and your wife?

**Author**
**Sent** 2019-01-10 01:28:13 UTC



GOVERNMENT
EXHIBIT

**Sent. Ex. 14**

1:19-CR-00025-3-RJJ