# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. MOHAMUD ABDIKADIR MUSE | | | DISTRICT JUDGE: Robert J. Jonker | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:19-CR-25-03 | 8/12/2021 | 2:00 - 3:00 pm | Grand Rapids | |

### APPEARANCES

| Government: Christopher O'Connor / Clay West | Defendant: James K. Champion | Counsel Designation: Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: __ mute   __ nolo contendre   __ not guilty   __ guilty | __ Defendant's Rights | Charging Document: __ Read   __ Reading Waived |
| __ Final Pretrial Conference | __ Waiver of Indictment | Guilty Plea to Count(s) _____ of the _____ |
| __ Detention  (waived __) | __ Other: _____ | Count(s) to be dismissed at sentencing: _____ |
| __ Motion Hearing | | |
| __ Revocation/SRV/PV | Court to Issue: | |
| __ Bond Violation | __ Order of Detention | __ Presentence Report Ordered |
| __ Change of Plea | __ Notice of Sentencing | __ Presentence Report Waived |
| ✓ Sentencing | __ Order Appointing Counsel | __ Plea Accepted by the Court |
| __ Trial | ✓ Other: Judgment | __ Plea Taken under Advisement |
| __ Other: _____ | | __ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment: 98 months | Plea Agreement Accepted: ✓ Yes __ No |
| Probation: | Defendant informed of right to appeal: ✓ Yes __ No |
| Supervised Release: 10 years | Counsel informed of obligation to file appeal: ✓ Yes __ No |
| Fine: $ 1,200.00 | Conviction Information: |
| Restitution: $ | Date: 1/30/2020 |
| Special Assessment: $ 100.00 | By: Plea |
| | As to Count (s): 1 of Indictment |

**ADDITIONAL INFORMATION:**
Count 2 dismissed on motion of government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** Y. Carpenter |